**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St., #80594
San Francisco, CA 94104
Telephone:  (415) 488-8041
Facsimile:   (415) 651-9700
*Attorneys for Plaintiff*,
Sena Baek

# UNITED STATES DISTRICT COURT
## FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SENA BAEK,**<br><br>Plaintiff,<br><br>v.<br><br>**RADIUS GLOBAL SOLUTIONS, LLC,**<br><br>Defendant. | **Case No.:** 2:22-cv-02318-SVW-MAR<br><br>*HON. STEPHEN V. WILSON*<br>*HON. MAG. MARGO A. ROCCONI*<br><br>**NOTICE OF SETTLEMENT** |

///

///

///

///

**TO THE COURT:**

The Plaintiff, through counsel, hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled, and respectfully requests that the Court grant Plaintiff until November 9, 2022 to file the expected Stipulation of Dismissal.

Respectfully submitted,

**THE CARDOZA LAW CORPORATION**

DATED:  August 11, 2022

BY: /s/Lauren B. Veggian
Michael F. Cardoza, Esq.
Lauren B. Veggian, Esq.
Attorneys for Plaintiff,
Sena Baek